# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-3110

_____

ST. GEORGE PLANTATION
OWNERS ASSOCIATION, INC.,

    Petitioner,

    v.

GREG STRUBLE and LINDA
STRUBLE; MJM REAL ESTATE
INVESTMENTS, LLC, a Tennessee
Limited Liability Company;
CATHY L. CADDELL, as Trustee of
the Cathy L. Caddell Revocable
Trust dated March 20, 2024;
MJM REAL ESTATE
INVESTMENTS, LLC, d/b/a MJM
REAL ESTATE INVESTMENTS OF
FLORIDA, LLC; PATRICK
ANTHONY PELLICANO, as Trustee
of the Tony Pellicano Revocable
Trust Dated April 13, 2021;
CLAYTON SEMBLER and MELANIE
SEMBLER; and OSBHONSGI,
LLC,

    Respondents.

_____

Petition for Writ of Certiorari—Original Proceedings.

June 2, 2026

PER CURIAM.

DISMISSED.

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David A. Theriaque, S. Brent Spain, and Benjamin R. Kelley of Theriaque & Spain, Tallahassee, for Petitioner.

Bailey Howard of Clark Partington, Tallahassee, for Respondents.